UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. SADIQ CALLOWAY, CRIM. NO. 08-775

## PETITION FOR WRIT OF HABEAS CORPUS

1. SADIQ CALLOWAY, SBI Number 246379C, D.O.B. April 30, 1979 is now confined at the Essex County jail.

2. Said individual will be required at Newark, New Jersey, before the Hon. Faith S. Hochberg, U.S. District Judge, United States Post Office & Courthouse Bldg., Federal Square on November 17, 2008, at 1:00 p.m., for an initial appearance and arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: October 28, 2008

Zahid N. Quraishi
Assistant U.S. Attorney
Petitioner 973-645-2909

## ORDER

Let the Writ Issue.

DATED: October 28, 2008

Hon. Faith S. Hochberg, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County jail:
WE COMMAND YOU that you have the body of

SADIQ CALLOWAY,

now confined at the Essex County jail, brought before the United States District Court, the Hon. Faith S. Hochberg, U.S. District Judge, in the United States Post Office and Courthouse at 2 Federal Square, Newark, New Jersey, on November 17, 2008 at 1:00 p.m., for an initial appearance and arraignment in civilian clothes, so that he may appear in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Faith S. Hochberg
United States District Judge
Newark, New Jersey.

DATED: October 28, 2008

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Julianne Buso
Deputy Clerk