```
                                    UNITED STATES DISTRICT COURT
                                    DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          : Crim. No. 08-775 (FSH)
                                  :
          v.                      :
                                  :
SADIQ CALLOWAY                    : CONTINUANCE ORDER
```

A criminal indictment charging the defendant with possessing a firearm as a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1), having been filed on October 16, 2008; and the defendant having appeared before the Court for an arraignment on November 17, 2008; and the defendant having been represented by Donald McCauley, Esq.; and no bail having been set by the Court; and thereafter Joseph R. Donahue, Esq., having been appointed to represent the defendant and his counsel being aware that the defendant has the right under 18 U.S.C. § 3161(c)(1) to a trial within seventy (70) days of his indictment; and one continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(8)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; the defendant hereby requests a second continuance pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit additional time necessary for the parties to attempt to reach a plea agreement and thereby avoid a possible trial; the Government having agreed to this continuance; and for good cause shown;

IT IS on this 27th day of February, 2009,

ORDERED that from the date this Order is entered, to and including April 1, 2009, shall be excluded in calculating the time under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time in order to attempt to reach a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Zahid N. Quraishi
Assistant U.S. Attorney

_____
Joseph Donahue, Esq.
Counsel for Sadiq Calloway

_____
HONORABLE FAITH S. HOCHBERG
United States District Judge