UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-775 (FSH) |
| v. | **ORDER** |
| SADIQ CALLOWAY | |
| Defendant. | |

This matter having come before the Court by letter dated July 23, 2009 (docket entry #39) from Defendant Sadiq Calloway, appearing pro se, stating that he is psychologically impaired and was so during trial; and the Defendant having filed an Ethics complaint against his defense counsel, Joseph Donahue, Esq.; and the sentencing having been set for December 15, 2009; and Mr. Donahue having communicated to the Court his concern of representing the Defendant at sentencing pending the Ethics complaint;

**IT IS** on this 14th day of December, 2009,

**ORDERED** that the December 15, 2009 sentencing date is hereby adjourned; it is further

**ORDERED** that the Government submit a letter brief addressing the issues raised in the Defendant's letter to the Court, as well as, the concerns raised by Mr. Donahue no later than **Friday, January 8, 2010**; it is further

**ORDERED** that the Government shall also brief the propriety of referring Defendant Calloway to a psychiatric evaluation at FMC Butner prior to sentencing and the propriety of sentencing Defendant Calloway with new counsel no later than **Friday, January 8, 2010.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Faith S. Hochberg
　　　　　　　　　　　　　　　　　　　　　　United States District Judge