UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 08-775 (FSH) |
| v. | : | |
| | : | **ORDER** |
| SADIQ CALLOWAY. | : | |
| | : | |
| Defendant. | : | |
| | : | |

This matter having come before the Court by letter dated July 23, 2009 (docket entry #39) from Defendant Sadiq Calloway, appearing pro se, stating that he is psychologically impaired and was so during trial; and the Defendant having filed an Ethics complaint against his defense counsel, Joseph Donahue, Esq.; and Mr. Donahue having communicated to the Court his concern of representing the Defendant at sentencing pending the Ethics complaint; and the Court having appointed Stacy Biancamano, Esq. to represent the Defendant forthwith;

**IT IS** on this 22nd day of February, 2010,

**ORDERED** that the Defendant, through his newly appointed counsel, submit a letter brief in response to the Government's December 30, 2009 letter no later than **Friday, March 12, 2010**.

    /s/ Faith S. Hochberg
United States District Judge