## ARLEO, DONOHUE & BIANCAMANO, L.L.C.
### ATTORNEYS AT LAW

Frank P. Arleo
Timothy M. Donohue
Stacy Ann Biancamano

Of Counsel:
Jo Ann K. Dobransky

622 Eagle Rock Avenue
West Orange, NJ 07052
Telephone: (973) 736-8660
Fax: (973) 736-1712

March 23, 2010

*Via ECF*
Honorable Faith S. Hochberg, U.S.D.J.
U.S.P.O. and Courthouse Bldg., Room 369
P.O. Box 999
Newark, New Jersey 07101-099

      Re:    United States v. Sadiq Calloway
               Crim. No.: 08-775 (FSH)

Dear Judge Hochberg:

      In connection with the above matter, I am writing to request a two-week adjournment to April 5, 2010 to respond to the government's December 30, 2009 letter. I have only recently been appointed to the case it is necessary to confer with my client before filing a response. I have spoken with AUSA Robert Marasco and he has no objection to an extension.

      Thank you for your consideration in this matter.

      Respectfully,

      Stacy Ann Biancamano

SAB:hm
cc:    Robert Marasco, A.U.S.A.

SO ORDERED.

Faith S. Hochberg, U.S.D.J.
3/25/10