UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Criminal No. 08-775 |
| SADIQ CALLOWAY | : | AMENDED ORDER |

This matter having come before the Court by letter dated July 23, 2009 (docket entry #39) from Defendant Sadiq Calloway, appearing pro se, stating that he is psychologically impaired and was so during trial; and the Defendant having filed an Ethics complaint against his trial counsel; and the Court having appointed new counsel, Stacy A. Biancamano, Esq., to represent the Defendant; and the Court having given the parties ample opportunity to inform the Court of their respective positions regarding the possible psychological evaluation of the Defendant; and new counsel for the Defendant having applied to the Court for funding to have the Defendant evaluated by an outside expert; and for good cause shown,

**IT IS** on this 21st day of June, 2010,

**ORDERED** that pursuant to 18 U.S.C. § 4241(b) the Defendant Sadiq Calloway be placed into the custody of the Bureau of Prisons as soon as possible for the purpose of undergoing a psychological evaluation, with the recommendation that he be placed at MCC New York in Manhattan, and it is further

**ORDERED** that within 60 days of being placed in federal custody, the Defendant shall be evaluated by the BOP staff and doctors, and any doctor defense counsel wishes to call to evaluate him, and it is further

**ORDERED** that once the evaluation(s) are complete and written reports are provided to all parties, counsel from both sides will be able to respond within one month of the final written report being distributed, and it is further

**ORDERED** that thereafter a hearing will be held on a date and time to be set by the Court.


    /s/ Faith S. Hochberg
HON. FAITH S. HOCHBERG
United States District Judge