UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Criminal No. 08-775 |
| SADIQ CALLOWAY | : | ORDER |

This matter originally having come before the Court by letter dated July 23, 2009 (docket entry #39) from Defendant Sadiq Calloway, appearing pro se, stating that he is psychologically impaired; and there having been concern that the Defendant could be incompetent to proceed to sentencing; and the Court, pursuant to 18 U.S.C. §4241, having previously found there was reasonable cause to believe the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and as such the Court having ordered various psychological evaluations of Defendant, which generated conflicting reports regarding Defendant's competency to proceed to sentencing; and the Defendant having been unresponsive and uncooperative with his defense counsel; and the Court having given the parties the opportunity to submit papers to inform the Court of their respective positions regarding the competency of the Defendant to proceed to sentencing; and the Court having considered the conflicting evaluation reports and the parties' submissions; and there being consistent opinions in the evaluation reports that even if incompetent at this time, there is reason to believe that Defendant can be restored to competency through medication and proper attention; and in order to ensure protection of Defendant's rights; and for good cause shown,

**IT IS** on this 29th day of April, 2011,

**ORDERED** that pursuant to 18 U.S.C. § 4241(d) Defendant Sadiq Calloway be placed into the custody of the Attorney General as soon as possible for a period of thirty (30) days for the purpose of receiving the care and treatment necessary to determine whether he will attain the capacity to permit the proceedings to go forward, and it is further

**ORDERED** that thereafter a hearing will be held on a date and time to be set by the Court.

                                        s/ Faith S. Hochberg
                              HONORABLE FAITH S. HOCHBERG
                              UNITED STATES DISTRICT JUDGE